IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 11 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b DEMCON, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABOTT ASBESTOS, INC. and MARKEL INSURANCE COMPANY, INC., <br><br> Defendants, | No. 02-2702 B/P |
| MARKEL INSURANCE COMPANY, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JASON WARDEN, LINDA WARDEN, FLYNN WARDEN and RHONDA WARDEN, <br><br> Third-Party Defendants. | |

## CONSENT ORDER OF DISMISSAL OF THE ORIGINAL COMPLAINT WITH PREJUDICE

The plaintiff, United States of America d/b/a DemCon, Inc. ("DemCon"), and the defendant, Markel Insurance Company ("Markel"), announce to the Court that all matters in dispute and all controversies that exist between them have been resolved and settled, and that the original complaint filed by DemCon on September 9, 2002 should be dismissed with prejudice.

IT IS SO ORDERED THIS 11th DAY OF JULY, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

(91)

_____
JUDGE

APPROVED:


_Evan Nahmias by EBS with permission_
Evan Nahmias
McDonald Kuhn, PLLC
119 S. Main Street, Suite 400
Memphis, TN 38103
(901) 526-0606
Attorney for DemCon, Inc.


_Elizabeth B. Stengel_
Elizabeth B. Stengel          BPR No. 13061
Less, Getz & Lipman, PLC
100 Peabody Place, Suite 1000
Memphis, TN 38103
(901) 525-8700
Attorney for Markel Insurance Company

H:\DOCS\4908\pld ebs - consent order of dismissal of the original company with prejudice.wpd

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:02-CV-02702 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Jason Warden
% Abbott Asbestos, Inc.
6904 Mill Creek Lane
Lyles, TN 37098

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Linda Warden
6904 Millcreek Lane
Lyles, TN 37098

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church Street
Ste 410
Nashville, TN 37219

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church St
Ste 410
Nashville, TN 37219

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Flynn Warden
6360 Rice Road
Lyles, TN 37098

Honorable J. Breen
US DISTRICT COURT