IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b DEMCON, INC., <br><br>   Plaintiff, <br><br> v. <br><br> ABOTT ASBESTOS, INC. and MARKEL INSURANCE COMPANY, INC., <br><br>   Defendants, | No. 02-2702 B/P |
| MARKEL INSURANCE COMPANY, INC., <br><br>   Third-Party Plaintiff, <br><br> v. <br><br> JASON WARDEN, LINDA WARDEN, FLYNN WARDEN and RHONDA WARDEN, <br><br>   Third-Party Defendants. | |

## CONSENT ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF MARKEL INSURANCE COMPANY

By consent and agreement, Markel Insurance Company, the third-party plaintiff, and Flynn Warden and Rhonda Warden, the third-party defendants, announce to the Court that there are no genuine issues of material fact existing among these parties and that Markel Insurance Company is entitled to judgment as a matter of law.

IT IS, THEREFORE, ORDERED that Markel Insurance Company's Motion for Summary Judgment against Flynn Warden and Rhonda Warden is granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-14-05

_____
DISTRICT JUDGE J. DANIEL BREEN

DATE July 13, 2005

APPROVED:

_____
Elizabeth B. Stengel          BPR No. 13061
Less, Getz & Lipman, PLC
100 Peabody Place, Suite 1000
Memphis, TN 38103
(901) 525-8700
Attorney for Markel Insurance Company


_____  by EBS
Steven L. Lefkovitz             with permission
Lefkovitz & Lefkovitz
618 Church Street, Suite 410
Nashville, TN 37219
Attorney for Flynn Warden and Rhonda Warden

H:\DOCS\4908\pld ebs - consent order granting summary judgmnet in favor of markel.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:02-CV-02702 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church St
Ste 410
Nashville, TN 37219

Linda Warden
6904 Millcreek Lane
Lyles, TN 37098

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Jason Warden
% Abbott Asbestos, Inc.
6904 Mill Creek Lane
Lyles, TN 37098

Flynn Warden
6360 Rice Road
Lyles, TN 37098

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church Street
Ste 410
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT