IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 2: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
f/u/b DEMCON, INC.,

    Plaintiff,

v.                                               No. 02-2702 B

ABBOT ASBESTOS, INC. and
MARKEL INSURANCE COMPANY, INC.,

    Defendants.

---

### ORDER ADMINISTRATIVELY CLOSING CASE

---

Based on the discussions between the Court and counsel on June 30, 2005 and the filing of consent orders by the parties, this matter is hereby administratively closed.

**IT IS SO ORDERED** this 14th day of September, 2005.

                    _____
                    J. DANIEL BREEN
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-14-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:02-CV-02702 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church Street
Ste 410
Nashville, TN 37219

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Flynn Warden
6360 Rice Road
Lyles, TN 37098

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church St
Ste 410
Nashville, TN 37219

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Jason Warden
% Abbott Asbestos, Inc.
6904 Mill Creek Lane
Lyles, TN 37098

Linda Warden
6904 Millcreek Lane
Lyles, TN 37098

Honorable J. Breen
US DISTRICT COURT