*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15  PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**f/u/b DEMCON, INC.,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| **v.** | |
| **ABBOTT ASBESTOS, INC. and**<br>**MARKEL INSURANCE COMPANY, INC.,** | **CASE NO: 2:02-2702-B** |
| **Defendants.** | |

**MARKEL INSURANCE COMPANY, INC.,**

**Third-Party Plaintiff,**

**v.**

**JASON WARDEN, LINDA WARDEN,**
**FLYNN WARDEN and RHONDA WARDEN,**

**Third-Party Defendants.**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal Of The Original Complaint With Prejudice entered on July 12, 2005, and the Consent Judgment Against Flynn Warden and Rhonda Warden entered on July 14, 2005, and the Consent Order Granting Summary Judgment In Favor Of Markel Insurance Company entered on July 14, 2005, and the Order Administratively Closing Case entered on September 14, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

9/15/05
**Date**

**THOMAS M. GOULD**

_____
**Clerk of Court**

_____
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-16-05

95

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:02-CV-02702 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Flynn Warden
6360 Rice Road
Lyles, TN 37098

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Linda Warden
6904 Millcreek Lane
Lyles, TN 37098

Jason Warden
% Abbott Asbestos, Inc.
6904 Mill Creek Lane
Lyles, TN 37098

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Adam M. Nahmias
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church Street
Ste 410
Nashville, TN 37219

Steven L. Lefkovitz
LAW OFFICE OF STEVEN L LEFKOVITZ
618 Church St
Ste 410
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT